**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Matthew M. Loker, Esq. (SBN 279939)
ml@kazlg.com
2700 N. Main Street, Ste. 1000
Santa Ana, California 92705
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff*
George Chung

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE CHUNG,<br><br>Plaintiff,<br><br>v.<br><br>ASSET ACCEPTANCE, LLC,<br><br>Defendant. | **Case No.:** CV13-01061 DSF (DTBx)<br><br>**PLAINTIFF'S NOTICE OF REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41 (A)** |

///
///
///
///
///


Plaintiff GEORGE CHUNG ("Plaintiff") hereby moves to dismiss this action with prejudice. Furthermore, Plaintiff and Plaintiff's counsel apologize for the delay in said dismissal. Upon service of the Complaint, the Parties immediately engaged in settlement discussions. These settlement discussions ultimately resolved in a recent settlement of all causes of action between the Parties.

Plaintiff respectfully requests the action be dismissed WITH PREJUDICE. Furthermore, Plaintiff and Plaintiff's counsel respectfully requests that no sanctions be issued due to Plaintiff's counsel's failure to prosecute this matter. Should this Court award sanctions, Plaintiff's counsel requests that these sanctions be issued against Plaintiff's counsel only.

Date: June 14, 2013                     **KAZEROUNI LAW GROUP, APC**

By: _____/s Matthew M. Loker_____
MATTHEW M. LOKER
ATTORNEY FOR PLAINTIFF